## L. N. LaBouy and Jacob Wersching, copartners, trading as LaBouy & Wersching, Defendants in Error, v. August Marten and Marie Marten, Plaintiffs in Error.

### Gen. No. 22,133.   (Not to be reported in full.)

Error to the Municipal Court of Chicago; the Hon. PATRICK B. FLANAGAN, Judge, presiding. Heard in the Branch Appellate Court at the March term, 1916. Reversed. Opinion filed March 20, 1917.

## Statement of the Case.

Action by L. N. LaBouy and Jacob Wersching, partners, trading as LaBouy & Wersching, plaintiffs, against August Marten and Marie Marten, his wife, defendants, to recover commissions as real estate brokers arising out of a certain real estate transaction. From a judgment for plaintiffs, defendants bring error.

JOHN V. CLINNIN, for plaintiffs in error.

LYMAN, ADAMS & BISHOP, for defendants in error; SPENCER L. ADAMS, of counsel.

*See Illinois Notes Digest, Vols. XI to XV, and Cumulative Quarterly, same topic and section number.

· MR. JUSTICE McDONALD delivered the opinion of the court.

## Abstract of the Decision.

BROKERS, § 90*—*when evidence is insufficient to show procurement of purchaser.* In an action to recover a real estate broker's commission, evidence *held* insufficient to show plaintiffs procured a purchaser for defendants' property who was ready, willing and able to buy same, the prospective purchaser testifying that he was dependent upon another party furnishing the funds for such purchase and there being no evidence as to such other party's ability or willingness to furnish such funds.